**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DERRICK O. LASTER, : | |
| : | Civil Action No. 06-6017 (NLH) |
| Petitioner, : | |
| : | |
| v. : | **O R D E R** |
| : | |
| CHARLES E. SAMUELS, : | |
| : | |
| Respondent. : | |

THIS MATTER, having come before the Court on Petitioner's Application for Appointment of Pro Bono Counsel, filed on January 26, 2007 (docket entry 7); and for the reasons set forth in this Court's Opinion filed herewith;

IT IS ON THIS 6th day of August, 2007;

ORDERED that Petitioner's application is hereby denied, without prejudice.

s/ Noel L. Hillman
NOEL L. HILLMAN
United States District Judge

AT CAMDEN, NEW JERSEY